AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>RANJAN ARORA<br><br>Defendant(s) | )<br>)<br>) Case No. 1:16-mj-427<br>)<br>)<br>) |

SEP 16 2016

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2006 through at least 2012__ in the county of __Loudoun__ in the __Eastern__ District of __Virginia and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 371 and 1546(a) | Conspiracy to Commit Visa Fraud |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Kimberly R. Pedersen- AUSA/Katherine L. Wong

_____
Complainant's signature

Special Agent Joey Eom, FBI
_____
Printed name and title

Sworn to before me and signed in my presence.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
_____
Judge's signature

Date: __09/16/2016__

City and state: __Alexandria, VA__

Hon. Theresa C. Buchanan, U.S. Magistrate Judge
_____
Printed name and title