IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **UNDER SEAL** |
| V. ) | Criminal No. 1:16CR274 |
| ) | |
| RANJAN ARORA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

This matter comes before the Court on the Defendant's unopposed Motion to Modify Conditions of Release and request that the condition requiring the Defendant to reside with a suitable third-party custodian be removed to allow Defendant to reside at home. For the reasons stated from the bench, it is hereby

ORDERED that the Defendant's Motion is GRANTED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
~~December ___, 2016~~
Jan. 3, 2017